STATE EX REL. COOPER, RESPONDENT, *v.* POLICE COURT ET AL., APPELLANTS.

(No. 6,566.)

(Submitted February 13, 1930. Decided February 24, 1930.)

[285 Pac. 181.]

(For syllabus, see *State ex rel. Moreland* v. *Police Court,* ante, p. 17.)

Mr. *Franklin D. Tanner,* for Appellants, submitted a brief and argued the cause orally.

Messrs. *Guinn & Maddox,* for Respondent, submitted a brief; Mr. *C. C. Guinn* argued the cause orally.

24

MR. JUSTICE ANGSTMAN delivered the opinion of the court.

The record in this case discloses that the order directing the issuance of a permanent writ made in cause No. 6567, entitled *State ex rel. Moreland* v. *Police Court et al.*, ante, p. 17, 285 Pac. 178, was, by stipulation of counsel, ordered to apply to this case also.

The questions presented by this appeal are identical with those involved in the companion case, No. 6567, and on the authority of that case the cause is remanded to the district court of Big Horn county, with directions to set aside the permanent writ and dismiss the proceedings.

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES MATTHEWS, GALEN and FORD concur.